September 19, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

H & S CRANE SALES, INC., Appellant

NO. 14-12-00783-CV                    V.

BRIAN P. MIN, FEDERAL OFFSHORE, INC., AND MIN
TRANSCONTINENTAL, INC., Appellees
_____

This cause, an appeal from the judgment signed May 29, 2012, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in awarding funds in favor of the Hodge Law Firm and Charles Kaufman. We therefore **REVERSE** the judgment of the court below and **RENDER** judgment awarding the entire sum of $595,000 to appellant, H & S Sales, Inc. We **REMAND** for further proceedings consistent with this opinion.

We order appellees, Brian P. Min, Federal Offshore, Inc., and Min Transcontinental, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.